1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2744

**FILED**

AUG 0 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:     )     S.W. NO.: 2:09-SW-0017-GGH
                                     )
XO Communications Internet          )
Services, et al.                    )
                                     )     ORDER
                                     )
                                     )
                                     )
                                     )
                                     )
_____)

The government's request to unseal the Search Warrant and this
case is GRANTED.

SO ORDERED:

DATED: August 3 , 2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge